```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12569
    SUSAN J LABONTE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6659

-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/03/2006 and was confirmed 11/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was completed - no discharge 11/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO DEPT OF    SECURED              378.40         .00          378.40
CITY OF CHICAGO DEPT OF    SECURED             1472.00         .00         1472.00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG           .00         .00             .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE      5022.99          .00         5022.99
AFFILIATED PSYCHOLOGISTS   UNSECURED          3213.75          .00         3213.75
AFNI                       UNSECURED        NOT FILED          .00             .00
CAPITAL ONE                UNSECURED        NOT FILED          .00             .00
CERTEGY                    UNSECURED        NOT FILED          .00             .00
EQUITY ONE                 UNSECURED        NOT FILED          .00             .00
EQUIFIRST CORPORATION      NOTICE ONLY      NOT FILED          .00             .00
HSBC YONKERS               UNSECURED        NOT FILED          .00             .00
NATIONAL ENTERPRISE SYST   NOTICE ONLY      NOT FILED          .00             .00
ROBERT A DOWNEY            UNSECURED        NOT FILED          .00             .00
AFNI/VERIZON WIRELESS      UNSECURED          1275.12          .00         1275.12
VERIZON WIRELESS           UNSECURED        NOT FILED          .00             .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT      306.33           .00          306.33
ROBERT J ADAMS & ASSOC     UNSECURED        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY          1299.23           .00         1299.23
INTERNAL REVENUE SERVICE   SPECIAL CLASS     1087.33           .00         1087.33
ROBERT J ADAMS & ASSOC     DEBTOR ATTY      3,300.00                      3,300.00
TOM VAUGHN                 TRUSTEE                                        1,367.05
DEBTOR REFUND              REFUND                                           350.30

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   19,072.50

PRIORITY                                           1,605.56
SECURED                                            6,873.39
UNSECURED                                          5,576.20

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 12569 SUSAN J LABONTE
```

```
ADMINISTRATIVE                                             3,300.00
TRUSTEE COMPENSATION                                       1,367.05
DEBTOR REFUND                                                350.30
                                  ---------------    ---------------
TOTALS                                  19,072.50          19,072.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
  Dated: 03/03/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```